# Court of Appeals
# of the State of Georgia

ATLANTA,   May 10, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1710. BONIFACE E. NNAKWE v. MARK BUTLER, COMMISSIONER OF THE GEORGIA DEPARTMENT OF LABOR et al.

Boniface Nnakwe filed a notice of direct appeal from a superior court order affirming a decision of the State Department of Labor that disqualified him from receiving unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Nnakwe failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*